IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:16-CR-33-BO-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN MICHELLE PARTEN, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the court on the motion (D.E. 35) by defendant to seal the proposed sealed motion (D.E. 19) filed on 11 February 2016. For good cause shown based on the facts and reasons stated in the supporting memorandum (D.E. 29), the motion is GRANTED, and the Clerk is DIRECTED to seal the proposed sealed motion (D.E. 19). The Clerk is FURTHER DIRECTED to seal the memorandum (D.E. 29) filed in support of the instant motion to seal pursuant to Section T(1)(a)(3) of the court's CM/ECF Administrative Policies and Procedures Manual.

SO ORDERED, this the 22nd day of February 2016.

_____
James E. Gates
United States Magistrate Judge